# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| **Mayo Foundation for Medical Education and Research; and Mayo Foundation,** | **Civ. No. 05-467  PAM / JSM** |
| Plaintiffs, | |
| v. | |
| **United States of America,** | |
| Defendant. | |

## ORDER ON JOINT MOTION FOR STAY OF PROCEEDINGS
## PENDING COMPLETION OF SETTLEMENT

Before the Court is the Joint Motion For Stay Of Proceedings Pending Completion Of Settlement ("Joint Motion for Stay"), in which counsel report that all issues have been settled, and that there remain only the steps necessary to compute interest amounts and to process the resulting refunds or credits.  The Joint Motion for Stay is CM/ECF Docket No. 21.

There appearing good cause shown,

**IT IS HEREBY ORDERED** that the Joint Motion for Stay should be, and hereby is**, GRANTED**; and it is

**FURTHER ORDERED** that, pending further order, all proceedings in this action are **STAYED**, and it is

**FURTHER ORDERED** that if the case has not been dismissed by the parties' filing of a stipulation of dismissal within 90 days after entry of this Order, counsel shall

-2-

jointly file a status report within 90 days after the entry of this Order, and, unless otherwise ordered, every 40 days thereafter.

     **SO ORDERED** this   13  , day of January, 2006.

                                              s/Paul A. Magnuson
                                              **PAUL A. MAGNUSON, JUDGE**
                                              **United States District Court**