# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| **Mayo Foundation for Medical Education and Research; and Mayo Foundation,** | **Civ. No. 05-467  PAM / JSM** |
| **Plaintiffs,** | |
| v. | |
| **United States of America,** | |
| **Defendant.** | |

## ORDER FOR DISMISSAL

The parties having entered into the foregoing Stipulation for Dismissal, which was filed with this Court on March 22, 2006, and is Docket No. 23,

**IT IS HEREBY ORDERED** that this action is dismissed with prejudice, each party to bear its own costs, fees and expenses, including attorneys' fees, except that the dismissal will be without prejudice to claims by plaintiffs or defendant for employment taxes for periods involved in this case if the claims (a) are not time-barred and (b) are based on issues other than those raised by the medical resident claims for refund at issue in this case.

Let judgment be entered accordingly.

**SO ORDERED** this   3   day of     May    , 2006.

s/Paul A. Magnuson
**Paul A. Magnuson, Judge**
**United States District Court**